AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__EASTERN__ DISTRICT OF __VIRGINIA__


FILED
AUG - 8 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

Robert John Jeffery

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:08-MJ-612

**UNDER SEAL**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 16, 2008__ in __Iraq__ (venue in the Eastern District of Virginia based upon 18 U.S.C. Section 3238) defendant(s) did, (Track Statutory Language of Offense)

conspire to steal a thing of value of the United States and did an act to effect the object of the conspiracy

in violation of Title __18__ United States Code, Section(s) __371__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUSA- Jack Hanly

Sworn to before me and subscribed in my presence,

August 8, 2008
Date

John F. Anderson, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Complainant
Janet Keller
Special Agent
U.S. Army Criminal Investigative Command

/s/
John F. Anderson
United States Magistrate Judge